1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN M. OBERT,

                    Plaintiff,

      v.

JOSEPH LEHMAN,

                    Defendant.

Case No.  C04-5899FDB

REPORT AND
RECOMMENDATION TO DENY
APPLICATION TO PROCEED *IN
FORMA PAUPERIS*

Noted for March 18, 2005

      This case has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the court on plaintiff's filing of a civil rights complaint under 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis*.  To file a complaint and initiate legal proceedings, plaintiff must pay a filing fee of $150.00 or file a proper application to proceed *in forma pauperis*.  Because plaintiff has not responded to this court's order to show cause (Dkt. #4), the undersigned recommends the court deny his motion.

<u>DISCUSSION</u>

      The court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency.  *See* 28 U.S.C. § 1915(a).  However, the court has broad discretion in denying an application to proceed *in forma pauperis*.  <u>Weller v. Dickson</u>, 314 F.2d 598 (9th Cir. 1963), *cert. denied*,

1   375 U.S. 845 (1963).

2      By requesting the court to proceed *in forma pauperis*, plaintiff is asking the government to incur

3   the court filing fee because he is allegedly unable to afford the costs necessary to proceed with his civil

4   rights action.  On January 4, 2005, the court directed plaintiff to cure certain deficiencies in his motion to

5   proceed *in forma pauperis* (namely that he provide more information regarding the nature of his financial

6   obligations), by no later than February 4, 2005, or show cause why this matter should not be dismissed.

7   (Dkt. #4). To date, however, plaintiff has not responded to the court's order.

8                                    <u>CONCLUSION</u>

9      Because plaintiff has failed to respond to the undersigned's order to show cause, the undersigned

10  recommends the court deny his motion to proceed *in forma pauperis*.  Accordingly, the undersigned also

11  recommends the court dismiss plaintiff's complaint unless he pays the required $150.00 filing fee **within**

12  **thirty (30) days** of the court's order.

13     Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rules of Civil Procedure ("Fed. R. Civ. P.") 72(b),

14  the parties shall have ten (10) days from service of this Report and Recommendation to file written

15  objections thereto. <u>See also</u> Fed.R.Civ.P. 6.  Failure to file objections will result in a waiver of those

16  objections for purposes of appeal. <u>Thomas v. Arn</u>, 474 U.S. 140 (1985).  Accommodating the time limit

17  imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set this matter for consideration on **March 18,**

18  **2005**, as noted in the caption.

19     Dated this 23rd day of February, 2005.

20

21                            /s/ Karen L. Strombom
                             KAREN L. STROMBOM

22                           United States Magistrate Judge

23

24

25

26

27

28

REPORT AND RECOMMENDATION
Page - 2